```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 39204
   SANDRA R ALLEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6414
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 09/22/2005 and was confirmed 12/29/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 16.44% from remaining funds.

The case was paid in full 10/14/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1424.03 | .00 | 234.07 |
| CAPITAL ONE | UNSECURED | 1514.30 | .00 | 248.91 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NB | UNSECURED | 1377.77 | .00 | 226.46 |
| GREAT SENECA FINANCIAL C | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED OTH | 935.63 | .00 | 153.74 |
| MIDLAND CREDIT MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| MONTGOMERY WARD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 2861.38 | .00 | 470.33 |
| BLATT HASENMILLER LEIBSK | NOTICE ONLY | NOT FILED | .00 | .00 |
| GREAT SENECA FINANCIAL C | UNSECURED | NOT FILED | .00 | .00 |
| NATHANIEL R SINN | ATTORNEY | .00 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 246.49 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,780.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 1,333.51 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 246.49 |
| DEBTOR REFUND | | .00 |
| TOTALS | 3,780.00 | 3,780.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 39204 SANDRA R ALLEN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 39204 SANDRA R ALLEN